AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  GARTH, LEONARD I | 2. Court or Organization  THIRD CIRCUIT COURT OF APPEALS | 3. Date of Report  05/01/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  SENIOR U.S. CIRCUIT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address  U.S. Court of Appeals-Rm.5040 MLK,Jr.Fed.Bldg& Courthouse 50 Walnut St.,Newark,NJ 07102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

---

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Ramapo College, Advisory Committee of Law and Society |
| 2. Executor of the Estate ████ | Appointed and Accepted Executorship Consistent with the Code of Conduct for U.S. Judges. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY -6 A 11: 20 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONARD I | 05/01/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Statutory Executor's commissions as Executor of Estate ■■■■■■ | $ 25,830.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONARD I | 05/01/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Guardian Life Insurance Co. | Loan against cash value | J |
| 2. | Guardian Life Insurance Co. | Loan against cash value | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONARD I | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric Common | C | Dividend | L | T | | | | | |
| 2. AT&T, Inc | A | Dividend | J | T | | | | | See VIII& 7 below |
| 3. Exxon Mobil Corp. Common | A | Dividend | K | T | | | | | |
| 4. Israel Bonds | A | Interest | J | T | | | | | |
| 5. Israel Bonds | A | Interest | J | T | | | | | |
| 6. Verizon | A | Dividend | J | T | | | | | |
| 7. Bell South Common Merged with AT&T | A | Dividend | J | T | Merger | 10/26 | J | A | See VIII & 2 above |
| 8. Chase Bank Savings | A | Interest | J | T | | | | | |
| 9. Chase Bank Checking | A | Interest | J | T | | | | | |
| 10. Dreyfus Municipal Bond Fund | A | Interest | J | T | | | | | |
| 11. Dreyfus Growth & Income (IRA) | A | Dividend | J | T | | | | | |
| 12. AARP Growth & Income Fund | A | Dividend | J | T | | | | | |
| 13. Dreyfus Growth & Income (IRA) | A | Dividend | J | T | | | | | |
| 14. Nuveen Reinvest Acct(NJMun) | A | Interest | K | T | | | | | |
| 15. Nuveen Reinvest Acct(NJMun) | A | Interest | K | T | | | | | |
| 16. Wachovia (formerly First Union) | A | Interest | J | T | | | | | |
| 17. Avaya | | | | | Redeemed | 10/24 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,00.^ | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONARD I | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Phoenix | A | Dividend | J | T | | | | | |
| 19. Comcast | A | Dividend | J | T | | | | | |
| 20. Wachovia (checking) | | None | J | T | | | | | |
| 21. Lucent | A | Dividend | J | T | | | | | |
| 22. Smith Barney | A | Interest | M | T | | | | | See VIII |
| 23. Bank of America Estate Checking Account | A | Interest | J | T | | | | | |
| 24. Compass Bank AL- CD (51) | A | Interest | | T | Sold | 04/27 | K | A | See VIII |
| 25. East-West Bank CA - CD (52) | B | Interest | | T | Sold | 02/28 | L | B | |
| 26. Euro Bank PR - CD (53) | A | Interest | | T | Sold | 02/28 | L | A | |
| 27. First Merit Bank OH - CD (54) | A | Interest | | T | Sold | 05/01 | L | B | |
| 28. First Midwest Bank IL - CD (55) | B | Interest | | T | Sold | 05/01 | L | B | |
| 29. Freemont Investment & Loan CA - CD (56) | B | Interest | | T | Sold | 05/01 | L | B | |
| 30. Israel Discount Bank - CD (57) | B | Interest | | T | Sold | 02/06 | L | B | |
| 31. Midwest Bank OK - CD (58) | B | Interest | | T | Sold | 03/27 | L | B | |
| 32. Washington Mutual Bank, NV - CD (59) | B | Interest | | T | Sold | 01/27 | L | B | See VIII |
| 33. Capmark Bank Utah - CD | A | Interest | K | T | | | | | |
| 34. Discover Bank DE - CD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONARD I | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dorall Bank PR - CD | A | Interest | L | T | | | | | |
| 36. Eagle National Bank of Miami FL - CD | A | Interest | L | T | | | | | |
| 37. First National Bank of Omaha - CD | A | Interest | L | T | | | | | |
| 38. Washington Mutual Bank NV - CD | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARTH, LEONARD I | 05/01/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, #2 AT&T merged with Bell South Common (see #7 below) on 06/20/06.

Part VII, #7 Bell South Common merged with AT&T (see #2 above) on 06/20/2006.

Part VII, #22 Smith Barney (formerly #36) holds all monies liquidated from sale of assets for puchase of CD's and ultimate distribution to beneficiaries.
The items numbered 22 through 38, inclusive, are the assets of the Estate ▇▇▇▇▇▇▇ All purchases, sales and redemptions, as noted, were made in the year 2007. I have recorded the assets retained or replaced with the item number on my previous 2006 Return in parenthesis.

Part VII, #32 Washington Mutual Bank, NV - CD was sold as reported - but replaced on the same date with the CD reported in #38.

n preparing my instant Report, I noticed that I had erred in the designation of income in my 2006 Report for Items #51 through #59, inclusive. Item #52 should have had an income code of "A"; #52 "B"; #53 "A"; #54 "A"; #55 "B"; #56 "B"; #57 "B"; #58 "B" and #59 "B". These income codes have now been correctly reported in my instant Report. I submit this correction so that it will avoid a letter from the Reviewing Officer when comparing the two Reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544